UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DOROTHY KAUFMAN AND
JOHN KAUFFMAN
    Plaintiffs

v.                                               Civil No. 97-2593 (DRD)

TROPITONE FURNITURE CO., INC.
    Defendant and Third Party Plaintiff

v.

WINSTON FURNITURE, SUNDRELLA
POMPEII FURNITURE, U.S. SEATING
PRODUCTS, LEISURE LITE INDUSTRIES, INC.
    Third Party Defendants



## ORDER

    The Court met with the parties on a settlement conference on September 28, 1999. The Court granted the parties until September 30, 1999, to reach agreement or to appear at said date for a continuation of the Status/Discovery Conference. The parties did in fact latter reach a full settlement agreement as informed by all parties in an Informative Motion, etc. filed in Court on September 30, 1999. (Docket No. 61)

    The Court deems proper to enter judgment pursuant to the settlement agreement. The Court shall retain jurisdiction for compliance purposes, including the timely filing of the settlement documents and compliance with substantive terms.

    The case, including Third Party Complaint, is dismissed based on the agreed settlement. Judgment of dismissal is issued pursuant to the agreement.

Date: September 30, 1999                    DANIEL R. DOMINGUEZ
                                                          U.S. DISTRICT JUDGE

7