UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DOROTHY KAUFMAN AND
JOHN KAUFFMAN
    Plaintiffs

v.                                                                                          Civil No. 97-2593 (DRD)

TROPITONE FURNITURE CO., INC.
    Defendant and Third Party Plaintiff

v.

WINSTON FURNITURE, SUNDRELLA
POMPEII FURNITURE, U.S. SEATING
PRODUCTS, LEISURE LITE INDUSTRIES, INC.
    Third Party Defendants



## JUDGMENT

The parties having advised that they have reached an agreement, Judgment of Dismissal is issued pursuant to the terms of said agreement and as indicated in the order of this Court. The Court retains jurisdiction for compliance with the terms and conditions of the settlement, including the timely filing of the documents confirming the settlement.

Date: September 30, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE