# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DOROTHY KAUFFMAN AND JOHN
KAUFMANN
    **Plaintiff**
    v.
TROPITONE FURNITURE CO. INC.
    **Defendant**

**Case No.: 97-2593 (DRD)**

*RECEIVED & FILED 99 NOV 24 PM 3:87 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | RULING |
|---|---|
| **Date** Filed: 11/05/99 **Docket # 64 & 65** [X] **Plffs**    [x ] **Defts** [ ] **Other** <br><br> **Title:** NOTICE OF DISMISSAL AND NOTICE OF DISMISSAL OF THIRD PARTY COMPLAINT | **ORDER** <br><br> **GRANTED.** The Court hereby approves the parties' request for voluntary dismissal of the instant complaint, cross party complaint and third party complaint **with prejudice** in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure. |

DATE: November **23** , 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE



N:\97-2593b.dis