UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



DOROTHY KAUFFMAN AND JOHN
KAUFMANN
    Plaintiff
    v.
TROPITONE FURNITURE CO. INC.
    Defendant

Case No.: 97-2593 (DRD)

| MOTION | RULING |
|---|---|
| **Date**<br>Filed: 11/05/99   Docket # 64 & 65<br>[X] **Plffs**                  [X] Defts<br>[ ] Other<br><br>Title: NOTICE OF DISMISSAL AND NOTICE OF DISMISSAL OF THIRD PARTY COMPLAINT | **JUDGMENT**<br><br>The Court having GRANTED on this same date the parties' request for voluntary dismissal of the above complaint, cross-party complaint and third party complaint, judgment is hereby entered **dismissing** all claims in this action **with prejudice.** |

DATE: November 23, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

| Rec'd: | EOD: |
|---|---|
| By: | # |



N:\97-2593b.dis